| | |
|---|---|
| SEYFARTH SHAW LLP<br>David D. Jacobson (SBN 143369)<br>E-mail: djacobson@seyfarth.com<br>2029 Century Park East, Suite 3500<br>Los Angeles, California 90067-3021<br>Telephone:  (310) 277-7200<br>Facsimile:  (310) 201-5219 | LAW OFFICES OF RICHARD GRIMM<br>Richard Grimm (SBN 177463)<br>Richard@richardgrimm.com<br>2391 The Alameda, Suite 200<br>Santa Clara, California 95050<br>Telephone: 650-248-5487<br>Facsimile: 650-618-9856 |
| SEYFARTH SHAW LLP<br>Chantelle C. Egan (SBN 257938)<br>E-mail: cegan@seyfarth.com<br>560 Mission St., Ste. 3100<br>San Francisco, California 94105<br>Telephone:  (415) 397-2823<br>Facsimile:  (415) 397-8549 | Steven M. Oster (D.C. Bar No. 376030)<br>*Admitted Pro Hac Vice*<br>E-mail: steve@richardgrimm.com<br>1850 M St., N.W., Suite 280<br>Washington, D.C. 20036<br>Telephone: 202-596-5291<br>Facsimile: 202-747-5862 |
| Attorneys for Defendant<br>MOTOROLA SOLUTIONS, INC. | Attorneys for Plaintiff<br>GARRY DRUMMOND |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRY DRUMMOND,<br><br>    Plaintiff,<br><br>  v.<br><br>MOTOROLA SOLUTIONS, INC., and ZEBRA TECHNOLOGIES CORPORATION,<br><br>    Defendants. | Case No. 15-cv-03328-JCS<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR DEFENDANT MOTOROLA SOLUTIONS, INC. TO RESPOND TO COMPLAINT**<br><br>Date Action Filed:  July 17, 2015 |

1  Pursuant to Federal Rule of Civil Procedure 12 and Local Rule 6-1(a), Plaintiff GARRY
2  DRUMMOND ("Plaintiff") and Defendant MOTOROLA SOLUTIONS, INC. ("Motorola") hereby
3  stipulate to extend the time within which Motorola has to answer or otherwise respond to the Complaint.
4  Plaintiff filed the Complaint in this action on or around July 17, 2015, and Motorola was served
5  with the Complaint and Summons on or around July 27, 2015.  With this Stipulation, Motorola's
6  deadline for answering and/or otherwise responding to the Complaint is extended to September 17,
7  2015.
8  The parties respectfully submit this Stipulation to the Court pursuant to Local Rule 6-1(a).

DATED: August 7, 2015                              Respectfully submitted,

                                                   LAW OFFICES OF RICHARD GRIMM


                                                   By:  /s/ Steven M. Oster
                                                        Richard Grimm
                                                        Steven M. Oster
                                                   Attorney for Plaintiff
                                                   GARRY DRUMMOND


DATED: August 7, 2015                              Respectfully submitted,

                                                   SEYFARTH SHAW LLP

Dated: 8/10/15

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Joseph C. Spero]

                                                   By:  /s/ Chantelle. C. Egan
                                                        Chantelle C. Egan
                                                   Attorneys for Defendant
                                                   MOTOROLA SOLUTIONS, INC.

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Chantelle C. Egan, attest that concurrence in the filing of this document has been obtained from the signatory Steven M. Oster.

Executed this 7th day of August, 2015 in San Francisco, California.

                                                   By:  /s/ Chantelle C. Egan
                                                        Chantelle C. Egan

20594953v.1