**POLSINELLI LLP**
Michele Haydel Gehrke (SBN 215647)
mgehrke@polsinelli.com
Garrett Parks (SBN 297971)
gparks@polsinelli.com
Three Embarcadero Center, Suite 1350
San Francisco, California 94111
Phone: (415) 248-2100 | Fax: (415) 248-2101

*Attorney for Defendant*
*Motorola Solutions, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRY DRUMMOND, 4089 Fallwood Court, Pleasanton, CA 94588,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA SOLUTIONS, INC., 1303 E. Algonquin Road, Schaumburg, IL 60196, and<br><br>ZEBRA TECHNOLOGIES CORPORATION, 3 Overlook Point, Lincolnshire, IL 60069,<br><br>Defendants. | Case No. 3:15-cv-03328-JCS<br><br>**SUBSTITUTION OF ATTORNEY; ORDER**<br><br>Date Action Filed: July 17, 2015 |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD: Defendant MOTOROLA SOLUTIONS, INC., hereby substitutes Michele Haydel Gehrke and Garrett Parks of Polsinelli LLP, Three Embarcadero Center, Suite 1350, San Francisco, CA, 94111, Telephone Number (415) 248-2100, Facsimile Number (415) 248-2101, as their attorneys of record in the above-captioned action in place of the law firm Seyfarth Shaw LLP. Substituting counsel represents that it has obtained consent to electronically sign and file this substitution on behalf of Seyfarth Shaw LLP.

I have read this substitution of attorneys and consent to the foregoing substitution.

//

//

//

| | |
|---|---|
| Dated: September 14, 2015 | POLSINELLI LLP |
| | By: /s/ Michele Haydel Gehrke |
| | Michele Haydel Gehrke |
| | Garrett Parks |
| | Attorney for Defendant MOTOROLA SOLUTIONS, INC. |

We agree to the above substitution.

| | |
|---|---|
| Dated: September 14, 2015 | SEYFARTH SHAW LLP |
| | By: /s/ David Jacobsen |
| | David Jacobsen |
| | Attorney for Defendant MOTOROLA SOLUTIONS, INC. |

We agree to the above substitution.

| | |
|---|---|
| Dated: September 14, 2015 | MOTOROLA SOLUTIONS, INC. |
| | By: [signature] |
| | Christine Binotti |
| | Its: Senior Compliance Counsel |

**ORDER**

THE SUBSTITUTION IS APPROVED AND SO ORDERED.

Dated: 9/14/2015     By: _____
                        United States Magistrate Judge Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  | **PROOF OF SERVICE**                                            |
| 2  | **STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**                |

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is 3 Embarcadero Center, Suite 1350, San Francisco, CA 94111.

On September 14 2015, I served true copies of the following document(s) described as

**SUBSTITUTION OF ATTORNEY; ORDER**

on the interested parties in this action.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 14, 2015, at San Francisco, California.

/s/ *Angela Howard*
Angela Howard

| | |
|---|---|
| 1 | **POLSINELLI LLP** |
| 2 | Michele Haydel Gehrke (SBN 215647)<br>mgehrke@polsinelli.com |
| 3 | Garrett Parks (SBN 297971)<br>gparks@polsinelli.com |
| 4 | Three Embarcadero Center, Suite 1350<br>San Francisco, California 94111 |
| 5 | Phone: (415) 248-2100 │ Fax: (415) 248-2101 |

*Attorney for Defendant*
*Motorola Solutions, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRY DRUMMOND, 4089 Fallwood Court, Pleasanton, CA 94588,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA SOLUTIONS, INC., 1303 E. Algonquin Road, Schaumburg, IL 60196, and<br><br>ZEBRA TECHNOLOGIES CORPORATION, 3 Overlook Point, Lincolnshire, IL 60069,<br><br>Defendants. | Case No. 3:15-cv-03328-JCS<br><br>**[PROPOSED] ORDER GRANTING MOTOROLA SOLUTIONS, INC.'S SUBSTITUTION OF ATTORNEY**<br><br>Date Action Filed: July 17, 2015 |

The substitution out of this matter by Seyfarth Shaw LLP is so ORDERED. The new attorneys of record for Motorola Solutions, Inc., are Michele Haydel Gehrke and Garrett Parks of Polsinelli LLP, 3 Embarcadero Center, Suite 1350, San Francisco, CA 94111, Telephone Number 415-248-2100, Facsimile Number 415-248-2101, Emails mgehrke@polsinelli.com and gparks@polsinelli.com.

Dated: _____          _____
                                    United States District Court Judge Edward Chen

51279739.1                                                   Case No. 3:15-cv-03328-JCS

[PROPOSED] ORDER GRANTING MOTOROLA SOLUTIONS, INC.'S SUBSTITUTION OF ATTORNEY