Case 3:15-cv-03328-EMC   Document 30   Filed 11/02/15   Page 1 of 3

**POLSINELLI LLP**
Michele Haydel Gehrke (SBN 215647)
mgehrke@polsinelli.com
Garrett Parks (SBN 297971)
gparks@polsinelli.com
Three Embarcadero Center, Suite 1350
San Francisco, California 94111
Phone: (415) 248-2100 │ Fax: (415) 248-2101

**POLSINELLI PC**
Scott Gilbert (IL Bar #6282951) (Admitted *Pro Hac Vice*)
sgilbert@polsinelli.com
161 N. Clark Street, Suite 4200
Chicago, Illinois 60601
Phone: (312) 819-1900 │ Fax: (312) 819-1910

*Attorney for Defendants*
*Motorola Solutions, Inc. & Zebra Technologies, Corp.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRY DRUMMOND, 4089 Fallwood Court, Pleasanton, CA 94588, <br> Plaintiff, <br> v. <br> MOTOROLA SOLUTIONS, INC., 1303 E. Algonquin Road, Schaumburg, IL 60196, and <br> ZEBRA TECHNOLOGIES CORPORATION, 3 Overlook Point, Lincolnshire, IL 60069, <br><br> **Defendants.** | Case No. 3:15-cv-03328-JCS <br><br> **NOTICE OF REQUEST FOR TELEPHONIC APPEARANCE AND ORDER** <br><br> <u>**CASE MANAGEMENT CONFERENCE**</u> <br><br> Date: November 17, 2015 <br> Time: 2:00 p.m. <br> Dept: 5, 17th Fl. <br> Hon.: Edward M. Chen <br><br> Action Filed: July 17, 2015 <br> Trial Date: None set |

Pursuant to Civil Local Rule 16-10, Defendants Motorola Solutions, Inc., and Zebra Technologies, Corporation ("Defendants") hereby request permission for Scott Gilbert, counsel for Defendants, to appear telephonically at the Case Management Conference set for November 17, 2015, at 9:30 a.m. in Courtroom 5. Lead counsel for Defendants resides in Chicago, Illinois and permission to appear telephonically would reduce the burden and expense on counsel by eliminating the need to travel to and from San Francisco, California.

Case No. 3:15-cv-03328-JCS

NOTICE OF REQUEST FOR TELEPHONIC APPEARANCE AND ORDER

51621073.1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 3, 2015 | POLSINELLI LLP, POLSINELLI PC |
| 3 | | |
| 4 | | By: /s/ Scott Gilbert |
| | | MICHELE HAYDEL GEHRKE |
| 5 | | SCOTT GILBERT |
| | | GARRETT PARKS |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

```
1  POLSINELLI LLP
   Michele Haydel Gehrke (SBN 215647)
2  mgehrke@polsinelli.com
   Garrett Parks (SBN 297971)
3  gparks@polsinelli.com
   Three Embarcadero Center, Suite 1350
4  San Francisco, California 94111
   Phone: (415) 248-2100 │ Fax: (415) 248-2101
5
   POLSINELLI PC
6  Scott Gilbert (IL Bar #6282951) (Admitted *Pro Hac Vice*)
   sgilbert@polsinelli.com
7  161 N. Clark Street, Suite 4200
   Chicago, Illinois 60601
8  Phone: (312) 819-1900 │ Fax: (312) 819-1910

9  *Attorney for Defendants*
   *Motorola Solutions, Inc. & Zebra Technologies, Corp.*
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRY DRUMMOND, 4089 Fallwood Court, Pleasanton, CA 94588,<br>Plaintiff,<br>v.<br>MOTOROLA SOLUTIONS, INC., 1303 E. Algonquin Road, Schaumburg, IL 60196, and<br>ZEBRA TECHNOLOGIES CORPORATION, 3 Overlook Point, Lincolnshire, IL 60069,<br>Defendants. | Case No. 3:15-cv-03328-JCS<br><br>**ORDER** |

Pursuant to the request to appear telephonically, it is so ORDERED. Counsel shall contact Courtroom Deputy Clerk, Betty Lee, at (415) 522-2034 to make arrangements for telephonic appearance.

*Denied. Counsel must appear in person. Parties may stipulate to reschedule the CMC to another day to accommodate the personal appearance.*

Dated: _11/12/15_

_____
Edward M. Chen
United States District Judge

[DENIED stamp — Judge Edward M. Chen]

3                                Case No. 3:15-cv-03328-JCS

NOTICE OF REQUEST FOR TELEPHONIC APPEARANCE AND ORDER

51621073.1