| | |
|---|---|
| 1 | **POLSINELLI LLP** |
| | Michele Haydel Gehrke (SBN 215647) |
| 2 | mgehrke@polsinelli.com |
| | Garrett Parks (SBN 297971) |
| 3 | gparks@polsinelli.com |
| | Three Embarcadero Center, Suite 1350 |
| 4 | San Francisco, California 94111 |
| | Phone: (415) 248-2100 │ Fax: (415) 248-2101 |
| 5 | |
| | **POLSINELLI PC** |
| 6 | Scott Gilbert (IL Bar #6282951) (*admitted pro hac vice*) |
| | sgilbert@polsinelli.com |
| 7 | Andrew Cripe (IL Bar #6242727) (*admitted pro hac vice*) |
| | acripe@polsinelli.com |
| 8 | 161 N. Clark Street, Suite 4200 |
| | Chicago, Illinois 60601 |
| 9 | Phone: (312) 819-1900 │ Fax: (312) 819-1910 |
| 10 | *Attorney for Defendants* |
| | *Motorola Solutions, Inc. & Zebra Technologies, Corp.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRY DRUMMOND, | Case No. 3:15-CV-03328-~~JCS~~ EMC |
| Plaintiff, | |
| v. | **[PR~~OPO~~SED] ORDER RE: STIPULATION TO CONTINUE ADR AND RELATED DEADLINES**; ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE |
| MOTOROLA SOLUTIONS, INC., and ZEBRA TECHNOLOGIES CORPORATION, | Date Action Filed: July 17, 2015 |
| Defendants. | Trial Date: January 19, 2017 |

The Court hereby grants the parties' STIPULATION TO CONTINUE ADR AND RELATED DEADLINES as follows:

1. The deadline to complete ADR is extended to May 31, 2016.

2. The status conference set for April 21, 2016, is extended to ___June 9___, 2016 at ___10:30___ a.m.

3. ~~The parties shall appear for a settlement conference before the Magistrate Judge~~

This case is referred to a magistrate judge for settlement conference. Settlement conference is to be completed by May 31, 2016.

-1-  3:15-CV-03328-JCS
**[PROPOSED] ORDER RE: STIPULATION TO CONTINUE ADR AND RELATED DEADLINES**

52608128.2

1  ~~per the Magistrate Judge's schedule on or before _____ ___, 2016.~~

2      4.    The fact discovery deadline is extended by 30 days to August 8, 2016.

3      5.    The last date to be heard on dispositive motions is extended by one week, to October 6, 2016.

**IT IS SO ORDERED.**

Dated: _March 23, 2016_

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen