**POLSINELLI LLP**
Michele Haydel Gehrke (SBN 215647)
mgehrke@polsinelli.com
Garrett Parks (SBN 297971)
gparks@polsinelli.com
Three Embarcadero Center, Suite 1350
San Francisco, California 94111
Phone: (415) 248-2100 │ Fax: (415) 248-2101

**POLSINELLI PC**
Scott Gilbert (IL Bar #6282951) (*admitted pro hac vice*)
sgilbert@polsinelli.com
Andrew Cripe (IL Bar #6242727) (*admitted pro hac vice*)
acripe@polsinelli.com
161 N. Clark Street, Suite 4200
Chicago, Illinois 60601
Phone: (312) 819-1900 │ Fax: (312) 819-1910

Attorney for Defendants
Motorola Solutions, Inc. & Zebra Technologies, Corp.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRY DRUMMOND, | Case No. 3:15-CV-03328-EMC |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER RE: STIPULATION TO CONTINUE DISCOVERY AND TRIAL DEADLINES** |
| MOTOROLA SOLUTIONS, INC., and ZEBRA TECHNOLOGIES CORPORATION, | Date Action Filed: July 17, 2015 |
| Defendants. | Current Trial Date: January 19, 2017 |

The Court hereby grants the parties' STIPULATION TO CONTINUE DISCOVERY AND TRIAL DEADLINES as follows:

1. The deadline to complete discovery is extended to October 7, 2016.

2. The trial date is reset to ___April 24, 2017___.

3. The last date to be heard on dispositive motions is extended to ___January 12, 2017___.

4. The status conference following the settlement conference set for June 9, 2016, to stand.

1  **IT IS SO ORDERED.**   Court to issue amended CMC and pretrial order.

4  Dated: April 20, 2016



Judge Edward M. Chen