Richard Grimm (SBN 177463)
2391 The Alameda, Suite 200
Santa Clara, CA 95050
650.248.5487 (tel)
650.618-9856 (fax)
richard@richardgrimm.com

Steven M. Oster (D.C. Bar 376030)
(admitted *pro hac vice*)
**OSTER LAW FIRM**
1850 M Street, N.W., Suite 280
Washington, DC 20036
(202) 596-5219 (office)
(202) 747-5862 (fax)
steve@osterlawfirm.com

*Attorneys for Plaintiff Garry Drummond*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY DRUMMOND**, | Case No. 3:15-cv-03328-EMC |
| **Plaintiff,** | |
| vs. | **STIPULATION OF DISMISSAL** |
| **MOTOROLA SOLUTIONS, INC.,** **and ZEBRA TECHNOLOGIES CORPORATION,** | |
| **Defendants.** | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Garry Drummond and Defendants Motorola Solutions, Inc., and Zebra Technologies Corporation stipulate to dismissal of the within action with prejudice and without leave to refile, each party to bear its own attorneys' fees and costs.

*[Signatures appear on next page]*

STIPULATION OF DISMISSAL - 1

July 19, 2016                                          Respectfully submitted,

| | |
|---|---|
| **/s/ Richard Grimm** | **/s/ Michele Haydel Gehrke**[*] |
| Richard Grimm (SBN 177463) | Michele Haydel Gehrke (SBN 215647) |
| 2391 The Alameda, Suite 200 | mgehrke@polsinelli.com |
| Santa Clara, CA 95050 | Garrett Parks (SBN 297971) |
| Phone: 650.248.5487 | gparks@polsinelli.com |
| Fax: 650.618-9856 | **POLSINELLI LLP** |
| richard@richardgrimm.com | Three Embarcadero Center, Suite 1350 |
| | San Francisco, California 94111 |
| Steven M. Oster | Phone: (415) 248-2100 |
| D.C. Bar No. 376030 | Fax: (415) 248-2101 |
| (*admitted pro hac vice*) | |
| **OSTER LAW FIRM** | Scott Gilbert (IL Bar #6282951) |
| 1850 M Street, N.W., Suite 280 | (*admitted pro hac vice*) |
| Washington, DC 20036 | sgilbert@polsinelli.com |
| Phone: (202) 596-5219 | Andrew Cripe (IL Bar #6242727) |
| Fax: (202) 747-5862 | (*admitted pro hac vice*) |
| steve@osterlawfirm.com | acripe@polsinelli.com |
| | **POLSINELLI LLP** |
| *Attorneys for Plaintiff Garry Drummond* | 161 N. Clark Street, Suite 4200 |
| | Chicago, Illinois 60601 |
| | Phone: (312) 819-1900 |
| | Fax: (312) 819-1910 |
| | |
| | *Attorneys for Defendants Motorola Solutions, Inc. & Zebra Technologies Corp.* |
| | |
| | [*] **Signed with permission**. |

IT IS SO ORDERED:
_____
Edward M. Chen
U.S. District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

STIPULATION OF DISMISSAL - 2

## CERTIFICATE OF SERVICE

I certify that the attached Stipulation of Dismissal was filed using the Court's CM/ECF system and thereby served on all counsel of record.

July 19, 2016

Steven M. Oster

STIPULATION OF DISMISSAL - 3